# In the United States District Court for the Southern District of Georgia
## Brunswick Division

SANDY KNIGHT,

    Plaintiff,

        v.

BEALL'S OUTLET STORES, INC.,

    Defendant.

No. 2:15-CV-166

## ORDER

Plaintiff Sandy Knight and Defendant Beall's Outlet Stores, Inc. have notified the Court that they have resolved this action, which was brought under the Fair Labor Standards Act, 29 U.S.C. § 216(b). Dkt. No. 45. They have requested that the Court approve the settlement agreement resolving this case and authorize the voluntary dismissal with prejudice of this action in its entirety. The Court, having read and considered the joint motion and the Confidential Settlement Agreement and General Release, dkt. no. 45-1, finds that the settlement represents a reasonable compromise, and is fundamentally fair and adequate with respect to the resolution of Plaintiff's FLSA claims. Therefore, the settlement agreement between the Plaintiff and Defendant is **APPROVED** and

AO 72A
(Rev. 8/82)

the Clerk is authorized to mark this case as having been **DISMISSED with prejudice.**

**SO ORDERED,** this 28th day of March, 2017.

                                        LISA GODBEY WOOD, CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT
                                        SOUTHERN DISTRICT OF GEORGIA